B.O.P.# 53752-177
Richard Luke Elam A inmate at, Florence Federal Prison Camp P.O Box 5000, Florence, CO 81226-5000

Is Fileing A Motion 2241 with the Clerk of the Court, Due to the B.O.P Holding Richard Luke Elam past his halfway house release placement Date,
Elam is reqesting home confindment, OR, placement to halfway house, B.O.P has given Elam a Date of DEC-17-2025 to halfway house to Lubbock, Texas, FSIA Time Credit Assesment sheet shows a Date 5-14-2025, Duluth prison camp failed to put Elam's paper work in 18 months to the Door, Here is A copy of FSIA Time Credit Assesment sheet

3-14-2025

Richard Luke Elam

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2025

JEFFREY P. COLWELL
CLERK

3/14/2028   Release date with GCT
− 3/14/2027   − 1 yr FSA Release
  3/14/2025   − 2 yr Home Confinement

FSA START
Dec 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | JAN/025
         6 mos  6 mos  6 mos  6 mos  6 mos  6 mos

FSA 15 days/month
12 mos gross 6
15
6 0
15 0
180 days = 6 months

6 yrs ⇒ 3 yrs FSA Credits (Earned)
      ⇒ 1 yr FSA Release
      + 2 yr Home Confinement

# FSA Time Credit Assessment

Register Number:53752-177, Last Name:ELAM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ---
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 12-30-2024. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 03-14-2028
Projected Release Method: GCT REL
FSA Projected Release Date: 03-15-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 03-15-2027
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 03-15-2026*
FSA Conditional Placement Days: 670
FSA Conditional Placement Date: 05-14-2025
Conditional Transition To Community Date: 05-14-2024*
*Default SCA conditional placement days. This requires a five-factor review!

53752-177
Richard Luke Elam
Federal Prison Camp P.O Box 5000,
Florence, CO 81226-5000

DENVER CO 802
17 MAR 2025 PM 4 L

⇔53752-177⇔
Clerk Of Court
United Stataes Court
901 19TH Street, Room # A105
Denver, CO 80294
United States

80294-250099